PEOPLE, Respondent, v. RAKOPOLIS, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Proceedings by the people of the state of New York against Demetrios Rakopolis. T. F. Wentworth, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. ROSENFELD. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Proceedings by the people of the state of New York against Jerome Rosenfeld. No opinion. Motion granted.

PEOPLE, Respondent, v. WOODWORTH, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Proceedings by the people of the state of New York against Harry S. Woodworth. No opinion. Judgment of conviction affirmed.

PEOPLE ex rel. ARNOLD, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Proceedings by the people of the state of New York, on the relation of William H. Arnold, against Thomas L. Feitner and others. W. Large, for appellant. D. Rumsey, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BARRETT, Appellant, v. DOUGHERTY, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Proceedings by the people of the state of New York, on the relation of John P. Barrett, against J. Hampden Dougherty, commissioner. T. J. O'Neill, for appellant. T. Farley, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. BRUNDAGE, Respondent, v. SCANNELL, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Proceedings by the people of the state of New York, on the relation of John S. Brundage, against John J. Scannell, as fire commissioner of the city of New York.

PER CURIAM. In regard to those appeals which the corporation counsel can distinguish from the case already determined by the court of appeals, we think that the motion to dismiss the appeals should be denied, on such terms as may be just, and the city allowed to bring the cases to argument. As to the other cases, however, which at the last hearing he conceded to be indistinguishable, we think the appeals ought to be dismissed. Counsel may attend before this court on Tuesday, December 9th, at 11 a. m., for settlement of the order in accordance with this memorandum.

PEOPLE ex rel. CARROLL, Respondent, v. SCANNELL, Fire Com'r, Appellant (forty-seven cases). (Supreme Court, Appellate Division, Second Department. December 9, 1902.)

Proceedings by the people of the state of New York, on the relation of Charles J. Carroll, against John J. Scannell, as fire commissioner of the city of New York, and 46 other cases. No opinion. Motion denied in each case, upon condition that the appellant pay $10 costs within five days in each case, and prepare each case for argument at the opening of the January term, 1903; otherwise, motion granted, with $10 costs in each case.

PEOPLE ex rel. CHURCHILL, Respondent, v. BURNHAM et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Proceedings by the people of the state of New York, on the relation of Henry C. Churchill, against Frank C. Burnham and others, constituting the canvassing board of Cairo, Greene county, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. COESFELD v. HAGAN, Warden. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Proceedings by the people of the state of New York, on the relation of Annie Coesfeld, against J. J. Hagan, warden, etc. No opinion. Motion granted.

PEOPLE ex rel. COLBY, Appellant, v. PARTRIDGE, Police Com'r, et al., Respondent. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Mandamus by the people, on the relation of William Colby, against John N. Partridge, as commissioner of police of the city of New York, and others, to compel the restoration of relator to the office of a detective sergeant. From an order denying a motion for a peremptory writ, relator appeals. Affirmed. John M. Bowers, for appellant. Terence Farley, for respondents.

HATCH, J. The question presented in this case is precisely the same as is presented in People v. Partridge (decided herewith) 79 N. Y. Supp. 724. The order should therefore be affirmed, with $50 costs and disbursements. All concur, except LAUGHLIN, J., who dissents.

LAUGHLIN, J. I dissent on the grounds stated in my dissenting opinion in People v. Partridge (decided herewith) 79 N. Y. Supp. 724.

PEOPLE ex rel. DECKER, Appellant, v. McCUE et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Proceedings by the people of the state of New York, on the relation of Delbert H. Decker, against Edward McCue and others, etc., and Thomas L. Feitner and others, etc. No opinion. Motion for resettlement granted, and order signed.

PEOPLE ex rel. DOLAN v. STEWART, Sup't. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Proceedings by the people of the state of New York, on the relation of Hugh Dolan, against Perez M. Stewart, superintendent. No opinion. Motion denied.